67440-5/20754731



## U.S. DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CASE NO. 6: 11- CW- 1654-Orl- 19 DAB

MELISSA BURIC,

      Plaintiff,

vs.

SCHNEIDER NATIONAL CARRIERS, INC.
and BOBBY R. ROUSE,

      Defendants.

_____/

### NOTICE OF REMOVAL OF CAUSE SUBMITTED ON BEHALF OF DEFENDANT

      Defendant, SCHNEIDER NATIONAL CARRIERS, INC., hereby files its Notice of Removal of Cause pursuant to 28 U.S.C. § 1441, *et seq.* and 28 U.S.C. § 1332, and in compliance with Local Rule 4.02 of the United States District Court for the Middle District of Florida. This cause was originally filed in the Ninth Judicial Circuit in and for Orange County, Florida, and as grounds in support of this Notice of Removal, Defendant states as follows:

      1.     There is presently pending in the Ninth Judicial Circuit Court, in and for Orange County, Florida, the following styled action bearing Civil Case No. 2011-CA-010531-O (Div. 40), Melissa Buric, Plaintiff, versus Schneider National Carriers, Inc. and Bobby R. Rouse, Defendants.

      2.     The action sounds in general negligence whereby the Plaintiff alleges to have sustained personal injury during an automobile accident of August 26, 2008. See Complaint at ¶ 3-6.

CASE NO. 2011-CA-010531-O (Div. 40)

3.     Copies of all processes, pleadings, and other papers served in the State action are attached hereto, as required by 28 U.S.C. § 1446(b) and Local Rule 4.02(c) of the United States District Court for the Middle District of Florida, as composite **"Exhibit A."**

4.     This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Defendants aver that all available information lead to the conclusion that Plaintiff was domiciled in Orlando, Orange County, Florida at the time of the subject incident but had relocated to California by the time of the filing of Plaintiff's Complaint and the time of the filing of Defendant's Notice of Removal of Cause.

5.     This Defendant is and was a corporation with its principal place of business in Green Bay, Brown County, Wisconsin at all times material to this cause of action, including but not limited to, the time of the subject incident, the time of the filing of Plaintiff's Complaint and the time of the filing of Defendants' Notice of Removal of Cause.

6.     Upon all available information and belief, Defendant Bobby Rouse is and was domiciled in Fletcher, Henderson County, North Carolina at all times material to this cause of action, including but not limited to, the time of the subject incident, the time of the filing of Plaintiff's Complaint and the time of the filing of Defendant's Notice of Removal of Cause.

7.     There is currently, and at the time of commencement of this action there was, diversity of citizenship between Plaintiff and Defendants.

8.     The amount in controversy in this claim is not specified in the instant case. Plaintiff's original Complaint merely alleges that this is a cause of action for damages in excess of Fifteen Thousand Dollars ($15,000), the jurisdictional amount necessary to confer jurisdiction in the Ninth Judicial Circuit in and for Orange County, Florida.

CASE NO. 2011-CA-010531-O (Div. 40)

9.     Defendant avers that the amount in controversy exceeds the sum of Seventy-five Thousand Dollars ($75,000), exclusive of costs, interest and attorney's fees, thereby allowing for Federal Court jurisdiction, which would be evident by any fair reading of Plaintiff's Complaint.

10.    In support thereof, Plaintiff's original Complaint seeks recovery under a negligence theory for her alleged damages, which are said to include "severe orthopedic injury with resulting physical and mental pain and suffering, aggravation of an existing condition, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, and expenses of hospitalization, medical and nursing care and treatment, as well as lost wages and loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life which include a permanent injury to the body as a whole, of both a physical and mental nature." See Complaint at ¶ 6 and 8.

11.    Furthermore, Defendant has been informed that the Plaintiff has undergone a surgical procedure to her cervical spine that she is attributing to the subject incident, as well as incurring in excess of Seventy-five Thousand Dollars ($75,000) in medical expenses and lost wages.   The Plaintiff's alleged special damages are greater than this Court's jurisdictional minimum damages requirement.

12.    Defendant denies that Plaintiff is entitled to recovery of any damages as alleged in her Complaint.

13.    Plaintiff's original Complaint in this action was served on this Defendant on September 22, 2011.

14.    This Notice of Removal of Cause has been timely filed within thirty (30) days after Defendant was served with Plaintiff's Complaint, as required by 28 U.S.C. § 1446(d).

CASE NO. 2011-CA-010531-O (Div. 40)

15.     Venue rests with the Orlando Division of the United States District Court for the Middle District of Florida, as the State action being removed originated in the Ninth Judicial Circuit in and for Orange County, Florida.

16.     Defendant will file with the Circuit Court in and for Orange County, Florida, a true and correct copy of this Notice of Removal of Cause and will serve a copy on counsel for Plaintiff, as required by 28 U.S.C. § 1446(d).

17.     The undersigned attorneys are fully licensed in the State of Florida and are authorized to practice in the United States District Court for the Middle District of Florida.

18.     The undersigned attorneys have been authorized by Defendant to file this Notice of Removal of Cause.

Respectfully submitted,

/s/ Kurt M. Spengler
Kurt M. Spengler
E-mail:  KSpengler@wickersmith.com
Florida Bar No. 288391
Chad E. Leeper
E-mail: Cleeper@wickersmith.com
Florida Bar No. 717665
**WICKER, SMITH, O'HARA,
  MCCOY& FORD, P.A.**
Post Office Box 2753
Orlando, FL 32802-2753
Phone: (407) 843-3939
Fax: (407) 649-8118
Attorneys for Defendant

CASE NO. 2011-CA-010531-O (Div. 40)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 13, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to Walter A. Ketcham, Jr., Esquire, Grower, Ketcham, Rutherford, Bronson, Eide & Telan, P.A., Post Office Box 538065, Orlando, FL 32853-8065. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants: None.

> /s/ Kurt M. Spenger
> Kurt M. Spengler
> E-mail: KSpengler@wickersmith.com
> Florida Bar No. 288391
> Chad E. Leeper
> E-mail: Cleeper@wickersmith.com
> Florida Bar No. 717665
> **WICKER, SMITH, O'HARA,**
> **MCCOY& FORD, P.A.**
> Post Office Box 2753
> Orlando, FL 32802-2753
> Phone: (407) 843-3939
> Fax: (407) 649-8118
> Attorneys for Defendant