IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE, FLORIDA

MELISSA BURIC,

    Plaintiff,

vs.

SCHNEIDER NATIONAL CARRIERS, INC. and
BOBBY R. ROUSE,

    Defendants.
_____/

CASE NO. 2011-CA-10531-O
Div. 40

## COMPLAINT

Plaintiff, Melissa Buric, as and for her cause of action, sues Defendants, Schneider National Carriers, Inc. ("Schneider") and Bobby R. Rouse ("Rouse") and further alleges:

1. This is an action for damages in excess of $15,000, exclusive of interest, costs and attorney's fees.

2. Venue is proper in Orange County, Florida.

3. On or about August 26, 2008, Defendant, Schneider National Carriers, Inc., owned an 18-wheel tractor-trailer being driven with its permission and consent by Defendant, Bobby R. Rouse in the course and scope of his employment with Schneider National Carriers, Inc.

4. On August 26, 2008, Plaintiff, Melissa Buric, was operating a motor vehicle at the intersection of Interstate 4 and Sand Lake Road in Orlando, Orange County, Florida.

5. At said time and place, Defendant, Bobby R. Rouse, so negligently operated the motor vehicle owned by Defendant, Schneider National Carriers, Inc. so as to strike the motor vehicle Plaintiff, Melissa Buric, was driving causing injury to her.

## COUNT I

Plaintiff readopts and realleges 1 through 5 of the Complaint and further alleges:



EXHIBIT A

6. As a result of the negligent driving of Defendant, Bobby R. Rouse, Plaintiff was injured in and about her body and extremities including severe orthopedic injury with resulting physical and mental pain and suffering, aggravation of an existing condition, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for enjoyment of life, and expenses of hospitalization, medical and nursing case and treatment as well as lost wages and loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life which include a permanent injury to the body as a whole, of both a physical and mental nature. These losses are either permanent or continuing and Plaintiffs will suffer such losses in the future.

WHEREFORE, Plaintiff, Melissa Buric, demands judgment for damages against the Defendants, Schneider National Carriers, Inc. and Bobby R. Rouse, for damages in excess of $15,000 together with interest and costs of this action and further demands trial by jury.

## COUNT II

Plaintiff readopts and realleges 1 through 5 of the Complaint and further alleges:

7. At said time and place, Defendant, Bobby R. Rouse, was operating a motor vehicle in question owned by Defendant, Schneider National Carriers, Inc. with its permission and consent and, under Florida law, the Dangerous Instrumentality Doctrine, Defendant, Schneider National Carriers, Inc. is vicariously liable for the actions of Defendant Rouse.

8. As a result of the negligent driving of Defendant, Bobby R. Rouse, Plaintiff was injured in and about her body and extremities including severe orthopedic injury with resulting physical and mental pain and suffering, aggravation of an existing condition, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for enjoyment of life, and expenses of hospitalization, medical and nursing case and treatment as well as lost wages and loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a

normal life which include a permanent injury to the body as a whole, of both a physical and mental nature. These losses are either permanent or continuing and Plaintiffs will suffer such losses in the future.

WHEREFORE, Plaintiff, Melissa Buric, sues Defendants, Schneider National Carriers, Inc. and Bobby R. Rouse, for damages in excess of $15,000 together with pre-judgment interest and costs of this action and further demands trial by jury.

DATED this 9th day of August, 2011.

WALTER A. KETCHAM, JR., ESQUIRE
Florida Bar No.: 156630
GROWER, KETCHAM, RUTHERFORD, BRONSON, EIDE & TELAN, P.A.
901 North Lake Destiny Road, Suite 450
Maitland, FL 32751
Post Office Box 538065
Orlando, Florida 32853-8065
Telephone: (407) 423-9545
Fax No.: (407) 425-7104
Attorneys for Plaintiff
E-mail: waketcham@growerketcham.com
Attorney for Plaintiff